UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

Kristina Kipling,          No. 1:21-cv-00609-RP

       Plaintiff,

v.

TD Bank USA, N.A.,

       Defendant.

---

**NOTICE OF SETTLEMENT**
**AND**
**REQUEST FOR STAY**

---

The Parties respectfully notify the Court that they have resolved all the claims in this action, and that they anticipate filing a stipulation of dismissal within 45 days. The Parties therefore ask that the Court stay this action pending their filing of the stipulation.

October 18, 2021.

| ZIMMER & ASSOCIATES | BARNES & THORNBURG LLP |
|---|---|
| /s/ Robert Zimmer | /s/ Brian Melendez |
| _____ | _____ |
| Robert Zimmer, Tex. Bar No. 24098662<br>ZIMMER & ASSOCIATES<br>Suite 110-187<br>1108 Lavaca Street<br>Austin, TX 78701<br>Ph./Fax 512.434.0306<br>zimmerlawTX@gmail.com | Brian Melendez, Minn. License No.<br>   0223633 (admitted pro hac vice)<br>BARNES & THORNBURG LLP<br>Suite 2800<br>225 South Sixth Street<br>Minneapolis, MN 55402-4662<br>Ph. 612.367.8734<br>Fax 612.333.6798<br>brian.melendez@btlaw.com |

                                                  in association with

                                        Alicia M. Barrs, Texas Bar No. 24109620
                                        Suite 700
                                        2121 North Pearl Street
                                        Dallas, TX 75201-2469
                                        Ph. 214.258.4105
                                        Fax 214.258.4199
                                        Alicia.Barrs@btlaw.com

                                        Attorneys for Defendant
                                            TD Bank USA, N.A.

## Certificate of Service

I certify that, on October 18, 2021, I served the foregoing document through the CM/ECF system to the following:

| Party | Attorney | Email Address |
|---|---|---|
| Plaintiff Kristina Kipling | Robert Zimmer | zimmerlawTX@gmail.com |

October 18, 2021.

                                                BARNES & THORNBURG LLP

                                                /s/ Brian Melendez
                                                _____
                                                Brian Melendez, Minn. License No.
                                                    0223633 (admitted pro hac vice)
                                                BARNES & THORNBURG LLP
                                                Suite 2800
                                                225 South Sixth Street
                                                Minneapolis, MN 55402-4662
                                                Ph. 612.367.8734
                                                Fax 612.333.6798
                                                brian.melendez@btlaw.com