UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTINA KIPLING,<br>Plaintiff | § § § § | **CASE NO. 1:21-cv-00609-RP** |
| VS. | § § | Hon. Robert Pitman |
| TD BANK USA, N.A.,<br>Defendant | § § § § | JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by the undersigned parties and attorneys, that the above-styled action shall be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: November 9, 2021

*/s/ Robert Zimmer*
Robert Zimmer

**Zimmer & Associates**
1108 Lavaca St, Ste. 110-187
Austin, Texas 78701
Tel./Fax: (512) 434-0306
Email: zimmerlawTX@gmail.com

*Attorney for Plaintiff*

*/s/ Brian Melendez*
Brian Melendez

**Barnes & Thornburg LLP**
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone:  612-367-8734
Facsimile:   612-333-6798
brian.melendez@btlaw.com

*Attorney for Defendant*
.